FILED
STATESVILLE, N.C.
AUG 3 2015
U.S. District Court
Western District of N.C.

SEALED,TERMED

# U.S. District Court
# Eastern District of Kentucky (London)
# CRIMINAL DOCKET FOR CASE #: 6:15-mj-06054-HAI All Defendants *SEALED*
# Internal Use Only

Case title: USA v. Browning
Other court case number: 3:15-mj-279 Western District of North Carolina-Statesville Div

Date Filed: 07/29/2015
Date Terminated: 07/30/2015

Assigned to: Magistrate Judge Hanly A. Ingram

### Defendant (1)
**David Lynn Browning**
*TERMINATED: 07/30/2015*

represented by **Travis Alan Rossman**
Rossman Law, PLLC
220 Court Square
P.O. Box 209
Barbourville, KY 40906
606-546-2242
Fax: 606-545-5284
Email: travisrossman@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

I certify that this is a true and correct copy of the original filed in my office.
ROBERT R. CARR, CLERK
By: J Brock
Date: 7-31-15

### Pending Counts

### Disposition

None

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:2251(d)(1)and (e) Conspiracy to advertise child pornography | |

**Plaintiff**

| USA | represented by | **Jason D. Parman** U.S. Attorney's Office - London 601 Meyers Baker Road Suite 200 London, KY 40741-3035 606-330-4831 Fax: 606-864-3590 Email: Jason.Parman@usdoj.gov *LEAD ATTORNEY ATTORNEY TO BE NOTICED* |
|---|---|---|

*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/29/2015 | 1 | Rule 40 Documents as to David Lynn Browning (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 SEALED Exhibit 3)(MRS) Modified text on 7/30/2015 (MRS). (Entered: 07/30/2015) |
| 07/30/2015 |  | CJA Case Assignment by Clerk for David Lynn Browning. CJA Attorney Travis Alan Rossman for David Lynn Browning selected by random draw. cc: COR, USP, USM, CJA (MRS) (Entered: 07/30/2015) |
| 07/30/2015 |  | CLERK'S VIRTUAL NOTICE re: HEARING SCHEDULE as to David Lynn Browning cc: COR, USM, USP INITIAL APPEARANCE - Rule 40 set for 7/30/2015 at 02:30 PM in LONDON before Magistrate Judge Hanly A. Ingram.(MRS) (Entered: 07/30/2015) |
| 07/30/2015 | 2 | arrest WARRANT Returned Executed on 7/29/15 in case as to David Lynn Browning. (SYD) (Entered: 07/30/2015) |
| 07/30/2015 | 3 | CJA 23 Financial Affidavit by David Lynn Browning (SYD) (Entered: 07/30/2015) |
| 07/30/2015 | 4 | MINUTE ENTRY for INITIAL APPEARANCE IN RULE 5(c)(3) Proceedings as to David Lynn Browning held on 7/30/2015 before Magistrate Judge Hanly A. Ingram: Defendant, having been arrested on a warrant from the Western District of North Carolina (Statesville), Case Number: 3:15-MJ-279, appeared before the Court. The United States requested detention. Defendant waives the detention hearing until he reaches his charging District. Counsel did not question the validity of the issuing documents in this |

| | | |
|---|---|---|
| | | matter. A separate order shall issue. Because the underlying case is sealed, Defendant and defense counsel were ordered not to disclose the Complaint and Affidavit, or the substance thereof, to anyone. Dft stipulates to his identity. Ordered Travis Rossman apptd atty under CJA. Dft shall be transferred to WDNC. Preliminary hrg waived in this district. Dft remanded to custody of USM. Detention hrg continued until dft reaches charging district. Travis Rossman appeared as Appointed CJA counsel of record. (Tape #KYED-LON_6-15-MJ-6054-HAI_20150730_143156.) Signed by Hanly A. Ingram. (JMB)cc: COR,USM,USP (Entered: 07/31/2015) |
| 07/30/2015 | 5 | COMMITMENT TO ANOTHER DISTRICT as to David Lynn Browning. Defendant committed to Western District of North Carolina.. Signed by Magistrate Judge Hanly A. Ingram on 7/30/2015. (JMB)cc: COR,USM,USP (Entered: 07/31/2015) |
| 07/30/2015 | | Terminated defendant in Magistrate Case David Lynn Browning, pending deadlines, and motions.. (JMB) (Entered: 07/31/2015) |
| 07/31/2015 | 6 | Letter to US District Court of Western District of North Carolina re criminal case transfer as to David Lynn Browning (JMB) (Entered: 07/31/2015) |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA, CASE NO. 3:15-MJ-279 | ) ) ) ) ) | |
| UNITED STATES OF AMERICA, | ) ) | No. 6:15-MJ-6054-HAI |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| DAVID LYNN BROWNING, | ) ) | |
| Defendant. | ) ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

An arrest warrant was issued by the United States District Court for the Western District of North Carolina pursuant to a complaint charging Defendant with a violation of 18 U.S.C. § 2251(d)(1) and (e). Defendant was arrested in the Eastern District of Kentucky and, on the next day, the Court conducted an initial appearance in accordance with Federal Rule of Criminal Procedure 5(c)(3). The United States was represented by Jason Parman. Defendant was appointed Travis Alan Rossman under the CJA to represent him in this District.

The Court advised Defendant of his constitutional rights, ensured an adequate opportunity for counsel to confer with Defendant, and ensured that Defendant understood the nature of the charges resulting in the warrant. The Court also advised Defendant of his Rule 20 rights.

Defendant waived his right to contest identity in this District under Rule 5(c)(3)(D)(ii).

Furthermore, the arrest warrant was provided to the Court in reliable electronic form pursuant to

I certify that this is a true and correct copy of the original filed in my office.
ROBERT R. CARR, CLERK
By: J Brock
Date: 7-31-15

Rule 5(c)(3)(D)(i), and Defendant did not contest the validity of the issuing documents in this matter.

Upon motion of the United States for detention, Defendant sought to defer any detention hearing to the charging district. The Court granted that request.

Being adequately advised, **IT IS HEREBY ORDERED THAT**:

1. Defendant is held to answer in the prosecuting district. The Court hereby transfers Defendant to the Western District of North Carolina pursuant to Rule 5(c)(3)(D).

2. The U.S. Marshal is commanded to maintain custody of the above named Defendant and to transport Defendant, together with a copy of this Order, to the charging district and to deliver Defendant to the United States Marshal for that district, or to another officer authorized to receive Defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for the district of Defendant's arrival so that further proceedings may be promptly scheduled.

3. The clerk of this district must promptly transmit the papers and any bail to the charging district.

This the 30th day of July, 2015.

**Signed By:**
*Hanly A. Ingram*
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
CRIMINAL MINUTES-INITIAL APPEARANCE

Case No. <u>6:15-MJ-6054-HAI-1</u>　　　At: <u>LONDON</u>　　　Date: <u>July 30, 2015</u>
Western District of North Carolina-Statesville Division Case No. 3:15-MJ-279

U.S.A. vs <u>David Lynn Browning</u>　　<u>X</u> present　　<u>X</u> custody

DOCKET ENTRY: Defendant, having been arrested on a warrant from the Western District of North Carolina (Statesville), Case Number: 3:15-MJ-279, appeared before the Court. The United States requested detention. Defendant waives the detention hearing until he reaches his charging District. Counsel did not question the validity of the issuing documents in this matter. A separate order shall issue. Because the underlying case is sealed, Defendant and defense counsel were ordered not to disclose the Complaint and Affidavit, or the substance thereof, to anyone.

PRESENT: HON. HANLY A. INGRAM, MAGISTRATE JUDGE

| <u>Sheila Douglas</u> | <u>Audio File Number</u> | <u>Jason Parman</u> |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

I, Sheila Douglas, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file
KYED-LON_6-15-MJ-6054-HAI_20150730_143156.

Counsel for Deft <u>Travis Rossman</u>　　<u>X</u> present　__ retained <u>X</u> appointed

PROCEEDINGS: INITIAL APPEARANCE RULE 5(c)(3) HEARING

<u>X</u>　　Copy of Complaint (Western District of North Carolina) previously given to counsel for defendant.

<u>X</u>　　Defendant states true name is <u>David Lynn Browning</u>.

<u>X</u>　　Defendant STIPULATES to his identity. The Court finds the stipulation is knowingly, voluntarily competently and intelligently entered into and is consistent with the advice of his counsel.

__　　Waiver Appointment of Attorney executed and filed.

__　　Defendant advised the Court that he/she will retain counsel.

<u>X</u>　　Defendant requests that the Court appoint counsel.

__　　Financial Affidavit shall be secured by the United States Probation Officer.

<u>X</u>　　Court finds defendant qualifies for Court appointed counsel under provisions of CJA.

<u>X</u>　　Ordered <u>Travis Rossman</u> is appointed Attorney under the Criminal Justice Act for this date only.

<u>X</u>　　Defendant advised of the nature of charges and possible penalties.

I certify that this is a true and correct copy of the original filed in my office.
ROBERT R. CARR, CLERK
By: /s/ Brock
Date: 7-31-15

X    Defendant advised of his constitutional rights and the provisions of Rule 20.

\_    For the reasons as stated on the record, the defendant is released from the custody of the United States Marshal pursuant to the terms and conditions set forth in the Order Setting Conditions of Release. The Defendant shall appear at the United States Courthouse, for arraignment.

X    For the reasons as stated on the record, Defendant shall be transferred to the Western District of North Carolina pursuant to Rule 5 and Rule 40.

X    Preliminary Hearing waived in this District. Defendant reserves the right to a preliminary hearing in the prosecuting district.

X    For reasons as stated on the record, the defendant is remanded to the custody of the United States Marshal. The detention hearing is continued until the Defendant reaches the charging District. The US Marshal shall transport Defendant to the charging District.

cc:    USA,USP,USM
       CJA Clerk

TIC: 23 min.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge

| CJA 23 (Rev. 1/11) | FINANCIAL AFFIDAVIT Eastern District of Kentucky FILED IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE | | |
|---|---|---|---|

| IN THE UNITED STATES ☐ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER *(Specify below)* | | | LOCATION NUMBER |
|---|---|---|---|
| IN THE CASE OF | FOR | JUL 30 2015 | |
| U.S. v. David Browning | AT | ROBERT R. CARR CLERK U.S. DISTRICT COURT | 0643 |

| PERSON REPRESENTED *(Show your full name)* | 1 ☑ Defendant - Adult<br>2 ☐ Defendant - Juvenile<br>3 ☐ Appellant<br>4 ☐ Probation Violator<br>5 ☐ Supervised Release Violator<br>5 ☐ Habeas Petitioner<br>7 ☐ 2255 Petitioner<br>8 ☐ Material Witness<br>9 ☐ Other *(Specify)* | DOCKET NUMBERS |
|---|---|---|
| | | Magistrate Judge<br>HAI |
| | | District Court<br>15-mj-06054 |
| CHARGE/OFFENSE *(describe if applicable & check box →)* ☑ Felony ☐ Misdemeanor | | Court of Appeals |

### ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☑ No ☐ Self-Employed
Name and address of employer: ___
IF YES, how much do you earn per month? $ ___
IF NO, give month and year of last employment? 9/2013
How much did you earn per month? $ 1000

If married, is your spouse employed? ☐ Yes ☐ No  N/A
IF YES, how much does your spouse earn per month? $ ___
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
IF YES, give the amount received and identify the sources
RECEIVED $ ___   SOURCES ___

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No  IF YES, total amount? $ ___

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
IF YES, give value and description for each
VALUE $ ___  DESCRIPTION ___

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS
___ Single
___ Married
___ Widowed
✓ Separated or Divorced
Total No. of Dependents: 3

List persons you actually support and your relationship to them
Evan Browning / 15 yoa
Kalyn Browning / 14 yoa
McKenna Browning / 9 yoa
} no support

**DEBTS & MONTHLY BILLS**
*(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| medical debt | $ 150 | $ 0 |
| student loan | $ 502 | $ 0 |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

_[signature]_
SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)

Date: 7/30/2015

I certify that this is a true and correct copy of the original filed in my office.
ROBERT R. CARR, CLERK

Date: 7-31-15

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>**DAVID LYNN BROWNING**<br><br>_Defendant_ | )<br>)<br>) Case No. 5:15mj 279<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ DAVID LYNN BROWNING

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

DAVID LYNN BROWNING, with others known and unknown, did conspire to advertise child pornography, in violation of 18 U.S.C. §§ 2251(d)(1) and (e).

Date: 07/29/2015

_Issuing officer's signature_

City and state: Charlotte, North Carolina

David C. Keesler, U.S. Magistrate Judge
_Printed name and title_

---

### Return

This warrant was received on _(date)_ 07/29/2015, and the person was arrested on _(date)_ 07/29/2015
at _(city and state)_ Lucton, KY

Date: 07/30/2015

_Arresting officer's signature_

Christopher A. Hubbuch           Special Agent FBI
_Printed name and title_

I certify that this is a true and correct copy of the original filed in my office.
ROBERT R. CARR, CLERK
By: A. Brock
Date: 7-31-15

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
Office of the Clerk

Robert R. Carr
Clerk of Court

Nathan W. Lee
Chief Deputy Clerk

*RECEIVED STATESVILLE, NC AUG 3 2015 Clerk, U.S. Dist. Court W. Dist. of N.C.*

310 S. Main Street
London, KY
40741

PH:606-877-7910

July 31, 2015

Clerk, U.S. District Court
200 West Broad Street, Room 304
Statesville, NC 28677

Subject: NOTICE TO RECEIVING DISTRICT OF CRIMINAL CASE TRANSFER

In Re: Your Case Number: 3:15-MJ-279; Our Case Number: 6:15-MJ-6054-HAI
USA v. David Lynn Browning

Dear Clerk,

Pursuant to the attached Commitment Order the defendant is being transferred to your court. Please find attached certified copies of all documents filed with our Court for the above referenced case.

If any assistance is needed regarding financial information, please contact Donna Lee (Financial Supervisor), at Donna_S_Lee@kyed.uscourts.gov. By cc: of this email, our finance office is notified to forward any pertinent information to you.

If you have any further questions, please contact our office operations at:
InterdistrictTransfer_KYED@kyed.uscourts.gov

Should your email address for accepting electronic transfers need to be updated, forward that information to the Northern District of Texas at
**InterDistrictTransfer_TXND@txnd.uscourts.gov**

Please respond to this letter to acknowledge receipt with your assigned case number.

Sincerely,

Jackie Brock, Deputy Clerk