IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:15CR15-1-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>        Plaintiff,  )<br>  )<br>  )<br>vs.  )<br>  )<br>STEVEN W. CHASE  )<br>        Defendant.  )<br>_____  ) | **O R D E R** |

**THIS MATTER** is before the Court upon Government's Motion to Continue Docket Call/Trial And For Peremptory Setting from the May 2, 2016, criminal term, in the Statesville Division.

For the reasons stated in the Government's Motion and upon a showing that the parties need more time within which to adequately prepare in this case, taking into account the exercise of due diligence, the Court will allow the continuance. **18 U.S.C. § 3161(h)(8)(B)(iv).** The Court further finds that the ends of justice served by taking such action as requested by the Government outweigh the best interest of the public and the Defendant to a speedy trial. Moreover, the Defendant does not object to the Motion.

**IT IS, THEREFORE, ORDERED** that the Government's Motion for a continuance is **GRANTED**. This case is hereby continued from the May 2, 2016, criminal term in the Statesville Division to the July 18, 2016, criminal term in the Statesville Division. Further, due to the Court's schedule, the Court will not set a peremptory setting in this matter.

Signed: April 29, 2016

*[Signature: Richard L. Voorhees]*

Richard L. Voorhees
United States District Judge