UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO.: 5:15CR15-RLV |
| ) | |
| v. ) | **UNOPPOSED MOTION TO CONTINUE** |
| ) | **DOCKET CALL/TRIAL AND FOR** |
| (1) STEVEN CHASE ) | **PEREMPTORY SETTING** |
| ) | |
| ) | |

NOW COMES the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, and respectfully requests that this Court continue the docket call and trial in the above-captioned matter, presently scheduled for July 18, 2016. Furthermore, the United States respectfully requests that this Court set a date for the commencement of this case during the next trial term. Defendant does not object to this motion. In support of this motion, the United States asserts the following:

1. A federal grand jury indicted Defendant on or about February 18, 2015 and charged him with violations of 18 U.S.C. § § 2252(g), 2252(d) and (e), 2252A(a)(1), and 2252A(a)(5)(B). The indictment was superseded on March 17, 2015, and August 19, 2015 to add additional defendants and charges.

2. Defendant made his initial appearance in the Western District of North Carolina on March 25, 2015 and was ordered detained. On April 16, 2015, Defendant filed a motion to continue his trial, which was granted. On June 29, 2015, Defendant's trial date was again continued when a codefendant's case was continued. Defendant filed subsequent motions to continue his trial on August 20, 2015 and October 16, 2015,

1

which were also granted. The trial was then continued on the Court's motion until the issue of Defendant's competency to stand trial was resolved.

3. A competency hearing was held on April 27, 2016. Defendant was found competent to proceed and Defendant was set for trial on May 2, 2016. The government moved to continue the trial date due to the unavailability of a witness, which was granted.

4. Defendant is currently set for trial on July 18, 2016. An essential government witness will be unavailable during the month of July as he resides in another state and will be the sole caretaker of family member during that month. This witness is the case agent, and is expected to provide important testimony regarding the investigation, including but not limited to: the identification of Defendant, the search of Defendant's residence and Defendant's arrest.

5. Additionally, the government anticipates calling witnesses from Maryland, Maine, Florida, and possibly other states to testify at trial.

6. The government seeks peremptory setting for a date certain as a peremptory setting would insure the availability of the government's witnesses and allow the witnesses to make travel arrangements. The government respectfully requests that the court set this case to begin the week of September 12, 2016.

7. The government has consulted with defense counsel on this motion. Defense counsel does not object to the motion to continue. Furthermore, defense counsel does not object to the request for a peremptory setting.

For the reasons stated herein, the United States respectfully requests that the Court continue the docket call and trial for Defendant from the July 18, 2016 docket, and set a date during the week of September 12, 2016 for the commencement of this case.

Respectfully submitted this day, July 7, 2016.

JILL WESTMORELAND ROSE
UNITED STATES ATTORNEY

s/ Cortney S. Randall
Assistant United States Attorney
NC Bar Number: 31510
Attorney for the United States
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: 704.344.6222
Fax: 704.344.6629
E-mail: cortney.randall@usdoj.gov

s/ Reginald E. Jones
Trial Attorney
Maryland Bar Number MS102806
Attorney for the United States
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section
Telephone: 202.616.2807
Reginald.Jones4@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day, July 7, 2016, the foregoing was duly served upon counsel for the defendant by electronic means via the Court's ECF system to:

Peter Adolf
Attorney for Defendant
Peter_Adolf@fd.org

//s// CORTNEY S. RANDALL
Assistant United States Attorney

4

Case 5:15-cr-00015-RLV-DCK   Document 78   Filed 07/07/16   Page 4 of 4