IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:15CR15-1-RLV

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| STEVEN W. CHASE | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon Government's Motion to Continue Docket Call/Trial And For Peremptory Setting from the July 18, 2016, criminal term, in the Statesville Division.

For the reasons stated in the Government's Motion and upon a showing that the parties need more time within which to adequately prepare in this case, taking into account the exercise of due diligence, the Court will allow the continuance. **18 U.S.C. § 3161(h)(8)(B)(iv).** The Court further finds that the ends of justice served by taking such action as requested by the Government outweigh the best interest of the public and the Defendant to a speedy trial. Moreover, the Defendant does not object to the Motion.

**IT IS, THEREFORE, ORDERED** that the Government's Motion for a continuance is **GRANTED**. This case is hereby continued from the July 18, 2016, criminal term in the Statesville Division to the September 12, 2016, criminal term in the Statesville Division. Further, the Court will not agree to a peremptory setting in this matter. **THERFORE**, the request for a peremptory setting is **DENIED**. However, this is the oldest criminal case currently on the Court's docket. Therefore, the Court will agree that this matter will be the first trial slated for the September 2016, trial term. Moreover, the parties do not need to be at Calendar Call on September 12, 2016. Further, jury selection will begin at 9:30 AM,

on September 13, 2016. If there is more than one jury needed for the trial term, this matter will be the last case for jury selection, and if time permits, evidence will start immediately after jury selection. Otherwise, evidence will begin on September 14, 2016, at 9:30 AM.

Signed: July 7, 2016

Richard L. Voorhees
United States District Judge