

Case 5:15-cr-00015-RLV-DCK   Document 80-3   Filed 08/22/16   Page 1 of 18













Playpen
305A-HQ-4366094

Report Date
03/20/2015 12:13 (UTC)

👤 User Profile Report  ›  playpen (1)  ›  Bulletin Boards: Threads Started

| Overview | Bulletin Boards ⌄ | Galleries ⌄ | Blogs ⌄ | Private Messages ⌄ | Attachments | IP Activity |

Search    🖥 View ⌄    ⇄ Sort/Group ⌄

| | |
|---|---|
| Keep shutting us down | 2014-??-?? |
| Mod request | 2014-12-24 |
| Karma | 2014-12-31 |
| Karma | 2014-12-31 |
| Time to change playpens url and server again | 2015-01-13 |
| Playpen Image Hosting | 2015-01-25 |
| New Mod. | 2015-01-28 |
| Playpen file host | 2015-01-31 |
| Playpen Image Hosting Site problem. | 2015-02-01 |
| LEA talk | 2015-02-04 |
| 100,000 Posts | 2015-02-08 |
| Fishy80 gained access | 2015-02-09 |
| File Host | 2015-02-11 |
| Playpen Status (EDIT FEBRUARY 28 2015) | 2015-02-21 |
| Please post foreign language stories in the appropri... | 2015-02-22 |
| Please post foreign language stories in the appropri... | 2015-02-22 |
| Manually selecting guard nodes | 2015-02-22 |
| PlayPen is moving to a new address! | 2015-03-02 |
| Moving to a new .onion | 2015-03-02 |
| Test | 2015-03-05 |

| 50 ⌄ | 1 to 48 of 48 | ‹ › |

**Thread:** Playpen Status (EDIT FEBRUARY 28 2015)

| **Site:** | 70 | **First Post:** | 2015-02-21 00:26 | **Last View:** | | **Posts:** | 53 |
|---|---|---|---|---|---|---|---|
| **Forum:** | 21 | **Last Post:** | 2015-03-04 13:14 | **Views:** | 2261 | **Attachments:** | 0 |

| | | |
|---|---|---|
| Re: Playpen Status | masjovenes (388965, masjovenes@email.net) | 2015-02-21 |
| Re: Playpen Status | shyosei (14229, shyosei@kdomo.jp) | 2015-02-21 |
| Re: Playpen Status | creamypeaches (11502, me@mail.ru) | 2015-02-21 |
| Re: Playpen Status | HB (77718, hebe@doe.com) | 2015-02-23 |
| Re: Playpen Status | playpen (1, playpen@playpen.com) | 2015-02-23 |
| Re: Playpen Status | Phobos (31762, obama@whitehouse.gov) | 2015-02-23 |
| Re: Playpen Status | verycute (284319, luv1234@world.org) | 2015-02-24 |
| Re: Playpen Status | gamaclon (40699, granpa@yahoo.com) | 2015-02-24 |
| Re: Playpen Status | | |

| | | |
|---|---|---|
| **User (ID, Email):** | snapper (227846, grasshopper@shitsnacks.fake.com) | |
| **Post Date:** | 2015-02-24 04:35:44 | |
| **Post ID:** | 133963 | |
| **Attachments:** | 0 | |

*I upgraded the Token Ring to Ethernet about an hour ago and things seem to be working a bit better.*

lol ethernet is just a fad, you should totally stick with token ring

| | | |
|---|---|---|
| Re: Playpen Status | redsam (266019, fjewfhwei3o34rh@gmail.com) | 2015-02-24 |
| Re: Playpen Status | PealedOnion (241279, no@ne.noe) | 2015-02-24 |
| Re: Playpen Status | Dark Ghost (215614, darkghost@sofort-mail.de) | 2015-02-24 |
| Re: Playpen Status | tween (181875, tween@tween.az) | 2015-02-24 |

| 100 ⌄ | 1 to 53 of 53 | ‹ › |











Case 5:15-cr-00015-RLV-DCK    Document 80-3    Filed 08/22/16    Page 12 of 18



Case 5:15-cr-00015-RLV-DCK   Document 80-3   Filed 08/22/16   Page 13 of 18







Case 5:15-cr-00015-RLV-DCK   Document 80-3   Filed 08/22/16   Page 16 of 18





Playpen
305A-HQ-4366094

Report Date
03/20/2015 12:13 (UTC)

👤 User Profile Report > playpen (1) > Bulletin Boards: Threads Started

Overview    Bulletin Boards ⌄    Galleries ⌄    Blogs ⌄    Private Messages ⌄    Attachments    IP Activity

| | |
|---|---|
| Keep shutting us down | 2014-11-12 |
| Mod request | 2014-12-24 |
| Karma | 2014-12-31 |
| Karma | 2014-12-31 |
| Time to change playpens url and server again | 2015-01-13 |
| Playpen Image Hosting | 2015-01-25 |
| New Mod. | 2015-01-28 |
| Playpen file host | 2015-01-31 |
| Playpen Image Hosting Site problem. | 2015-02-01 |
| LEA talk | 2015-02-04 |
| 100,000 Posts | 2015-02-08 |
| Fishy80 gained access | 2015-02-09 |
| File Host | 2015-02-11 |
| **Playpen Status (EDIT FEBRUARY 28 2015)** | **2015-02-21** |
| Please post foreign language stories in the appropri... | 2015-02-22 |
| Please post foreign language stories in the appropri... | 2015-02-22 |
| Manually selecting guard nodes | 2015-02-22 |
| PlayPen is moving to a new address! | 2015-03-02 |
| Moving to a new .onion | 2015-03-02 |
| Test | 2015-03-05 |

50    1 to 48 of 48    ‹  ›

**Thread:** Playpen Status (EDIT FEBRUARY 28 2015)
**Site:** 70    **First Post:** 2015-02-21 00:26    **Last View:**    **Posts:** 53
**Forum:** 21    **Last Post:** 2015-03-04 13:14    **Views:** 2261    **Attachments:** 0

| | | |
|---|---|---|
| Re: Playpen Status (EDIT FEBRUARY 28 2015) | m00ffeen (351381, m00ffeen@m00ff.een) | 2015-03-01 |
| Re: Playpen Status (EDIT FEBRUARY 28 2015) | Eye-Patch (406061, Eye-patch@eyepatch.com) | 2015-03-01 |
| Re: Playpen Status (EDIT FEBRUARY 28 2015) | redsam (266019, fjewfhwei3o34rh@gmail.com) | 2015-03-02 |
| Re: Playpen Status (EDIT FEBRUARY 28 2015) | DanielDangerson (397633, niggers@ilovenigs.c... | 2015-03-02 |
| Re: Playpen Status (EDIT FEBRUARY 28 2015) | Phobos (31762, obama@whitehouse.gov) | 2015-03-02 |
| Re: Playpen Status (EDIT FEBRUARY 28 2015) | redsam (266019, fjewfhwei3o34rh@gmail.com) | 2015-03-02 |
| Re: Playpen Status | | |

**User (ID, Email):** ILikeGirls12 (411886, ILikeGirls@comcast.net)
**Post Date:** 2015-03-03 04:36:28
**Post ID:** 142725
**Attachments:** 0

*I upgraded the Token Ring to Ethernet about an hour ago and things seem to be working a bit better.*

You should have blown the whole wad and gone for ARCnet!!!  You could have a whole 252 devices on a line (Don't forget the terminating resistors!!!)

Thanks for your hard work!!!

Cheers!

| | | |
|---|---|---|
| Re: Playpen Status (EDIT FEBRUARY 28 2015) | Onyx (3872, omeg@yuot.ru) | 2015-03-04 |
| Re: Playpen Status (EDIT FEBRUARY 28 2015) | sickpuppy (266629, puppysick@outlook.com) | 2015-03-04 |

100    1 to 53 of 53    ‹  ›